# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2167
Lower Tribunal No. 17-9230
_____

**Paullette Christine Deruelle,**
Appellant,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Paullette Christine Deruelle, in proper person.

Van Ness Law Firm, PLC, and Morgan L. Weinstein (Fort Lauderdale); and Padgett Law Group, and Michael T. Ruff (Tallahassee), for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.